AUSA:  William Orr  Telephone: (989) 895-5712
AO 91 (Rev. 11/11) Criminal Complaint   Special Agent: Troy Wohlfert/FBI Telephone: (989) 892-6525

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.

Joanne Davenport

Case No. 1:23-mj-30073
Judge: Morris, Patricia T.
Filed: 02-17-2023

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2/17/2023__ in the county of __Saginaw__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g) | felon in possession of a firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Troy Wohlfert, Special Agent, FBI
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __February 17, 2023__

_Judge's signature_

City and state: __Bay City, Michigan__  Patricia T. Morris, United States Magistrate Judge
_Printed name and title_

# **AFFIDAVIT**

I, Troy Wohlfert, being first duly sworn on oath, states that:

1. I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI) since February 2010. I am currently assigned to the Detroit Division, Bay City Resident Agency, where I am responsible for investigating a myriad of criminal violations. I am currently detailed to the FBI Mid-Michigan Safe Streets Task Force (MMSSTF). This Task Force is a multi-jurisdictional law enforcement entity charged with investigating violations of Federal law, including firearms crimes defined under Title 18 of the United States Code. During my employment with the FBI I have conducted or participated in investigations related to the possession and manufacture of firearms in violation of Title 18 of the United States Code.

2. I make this affidavit from personal knowledge based on my participation in this investigation, communications with other officers, and others who have personal knowledge of the events and circumstances described herein, and information gained through my review of relevant documents related to this investigation. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3. I am currently investigating Joanne Davenport for violation of 18 U.S.C. § 922(g), felon in possession of a firearm.

4. On February 17, 2023, a federal search warrant was executed at Davenport's residence at 2724 Capehart Dr., Saginaw, Michigan, which is in the Eastern District of Michigan. During the search three firearms were found. One firearm was located in pieces on the dining room table and two of the firearms were found under the bed in the bedroom belonging to Davenport. One of the firearms under the bed was a Glock 21 semiautomatic pistol with an obliterated serial number and the other firearm under the bed was a Diamondback model DB15, multicaliber rifle. Davenport admitted that the room where the guns were found was her room. Moreover, the items in the room were consistent with what one would expect if an adult female resided in the room. Davenport also registered the address where the firearms were located as her address with the Michigan Secretary of State.

5. Davenport has multiple felony convictions which prohibit her from being able to legally possess firearms.

6. Davenport knowingly possessed the firearms knowing that she had a previous felony conviction.

7. Both the Glock firearm and the Diamondback rifle were manufactured outside of the state of Michigan and were possessed in and effecting interstate commerce.

8. Based on the above-described facts, there is probable cause to believe that Joann Davenport illegally possessed firearms in violation of 18 U.S.C. § 922(g) on February 17, 2023.

_____
Troy Wohlfert
Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
Hon. Patricia T. Morris
United States Magistrate Judge